**No. P67/148.**—Charles Sadek Import Co., Inc. *v.* United States, protests 62/13550, 64/9152, and 65/9008 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 11, 1967

**No. P67/149.**—Gillespie & Co. of New York, Inc. *v.* United States, protest 62/8639 (San Francisco).

**No. P67/150.**—Louis Marx & Co. et al. *v.* United States, protests 64/25521, etc. (San Francisco).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P67/151.**—William Adams, Inc. *v.* United States, protests 61/8350 and 66/17237 (New York).

**No. P67/152.**—William Adams, Inc. *v.* United States, protest 66/28986 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of various decorated glassware items similar in all material respects to those the subject of *William Adams, Inc.* v. *United States* (56 Cust. Ct. 429, C.D. 2670) the claim of the plaintiff was sustained.